**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

CV 15-7077 JAK



FILED
CLERK U.S. DISTRICT COURT
JAN 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

```
NIXIE        379322057-1N     300 12/16/15
             RETURN TO SENDER
             UNABLE TO FORWARD
             UNABLE TO FORWARD
             RETURN TO SENDER
```

UNK



Case: 2:15cv2077 Doc: 67

Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

1/3 - 10063078

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: , Kenneth Hopkins 11324 Spring Hollow Drive Knoxville, TN 37932
--Case Participants: Terry J Kent (rhonda.soll@ffslaw.com, terry.kent@ffslaw.com), Michael Tenenbaum (mt@post.harvard.edu), Steven E Young (elaine.miyashiro@ffslaw.com, steven.young@ffslaw.com), Judge John A. Kronstadt (crd_kronstadt@cacd.uscourts.gov), Magistrate Judge Margaret A. Nagle (crd_mjretired@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<20601769@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-02077-JAK-MAN Lisa Brown v. PixelRange, Inc. et al Order on Request to Substitute Attorney Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/2/2015 at 3:43 PM PST and filed on 12/2/2015

| | |
|---|---|
| **Case Name:** | Lisa Brown v. PixelRange, Inc. et al |
| **Case Number:** | 2:15-cv-02077-JAK-MAN |
| **Filer:** | |
| **Document Number:** | 67 |

**Docket Text:**
**ORDER by Judge John A. Kronstadt: granting [64] Request to Substitute Attorney. Attorney Terry J Kent and Steven E Young terminated. Kenneth Hopkins substituted in Pro Se. (pso)**

**2:15-cv-02077-JAK-MAN Notice has been electronically mailed to:**
Steven E Young     steven.young@ffslaw.com, elaine.miyashiro@ffslaw.com
Michael Tenenbaum     mt@post.harvard.edu
Terry J Kent     terry.kent@ffslaw.com, rhonda.soll@ffslaw.com
**2:15-cv-02077-JAK-MAN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932




# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lisa Brown

Plaintiff(s)

v.

PixelRange, Inc. and Kenneth Hopkins

Defendant(s).

CASE NUMBER:
2:15-cv-02077 JAK (MANx)

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

Freeman, Freeman & Smiley     ☐ Plaintiff  ☐ Defendant  X Other Attorney
*Name of Party*

to substitute Kenneth Hopkins                                who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    X Pro Se

11324 Spring Hollow Dr. and/or 12127 Yarnell Rd. #101
*Street Address*

Knoxville, TN 37932
*City, State, Zip*                                              *E-Mail Address*

*Telephone Number*           *Fax Number*           *State Bar Number*

instead of Steven E. Young (SBN 63278) and Terry J. Kent (SBN 248098)
List **all** attorneys from same firm or agency who are withdrawing
of Freeman, Freeman & Smiley, LLP

**is hereby GRANTED**

Dated: December 2, 2015

John A. Kronstadt, U. S. District Judge

