Case: 2:15cv2077   Doc: 70

**FILED**
CLERK, U.S. DISTRICT COURT
JAN 20 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

*JAK*

LOS ANGELES CA 900
14 DEC '15 PM 6 L

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 11 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE    372    6E 1    720/12/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012    *1562-08787-14-40*

*Return to Sender*


U.S. POSTAGE >> PITNEY BOWES
ZIP 90012 $000.48⁵
02 1W
0001388101 DEC. 14 2015



1/2 - 10064636

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Message-Id:<20655607@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-02077-JAK-MAN Lisa Brown v. PixelRange, Inc. et al Text Only Scheduling Notice Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 12/12/2015 at 8:10 PM PST and filed on 12/12/2015

| | |
|---|---|
| **Case Name:** | Lisa Brown v. PixelRange, Inc. et al |
| **Case Number:** | 2:15-cv-02077-JAK-MAN |
| **Filer:** | |
| **Document Number:** | 70(No document attached) |

Docket Text:
(IN CHAMBERS) ORDER RE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PIXELRANGE, INC. (Dkt. 56) by Judge John A. Kronstadt: On November 10, 2015, counsel for Defendant PixelRange, Inc. ("PixelRange") filed a Motion to Withdraw as Counsel for Defendant PixelRange ("Motion"). Dkt, 56. On December 10, 2015, PixelRange filed a Notice of Filing Chapter 7 Bankruptcy Petition ("Notice"). Dkt. 68. An automatic stay of this matter is now in place. Counsel for PixelRange, as well as any party to the action, may submit its position as to whether the automatic stay applies to the Motion. Any such submission shall be made within 10 days of the issuance of this Order. Upon receiving any submission(s), the Court will determine how to proceed, if at all, with the Motion. If no submission is made, the Motion will be deemed subject to the automatic stay. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jaklc5, ) TEXT ONLY ENTRY

**2:15-cv-02077-JAK-MAN Notice has been electronically mailed to:**
Michael Tenenbaum     mt@post.harvard.edu
Steven E Young     steven.young@ffslaw.com, elaine.miyashiro@ffslaw.com
Terry J Kent     terry.kent@ffslaw.com, rhonda.soll@ffslaw.com
**2:15-cv-02077-JAK-MAN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932


