Case: 2:15cv2077   Doc: 75

**FILED**
CLERK, U.S. DISTRICT COURT
JAN 20 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LOS ANGELES CA 900
29 DEC '15 PM 4 L

U.S. POSTAGE ))) PITNEY BOWES
ZIP 90012 $ 000.46⁵
0001888101 DEC 29 2015

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 14 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE   372   9E 1   7201/07/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90012     *1262-00795-29-42

1/4 - 10066755

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville TN 37932
US
--Case Participants: Terry J Kent (rhonda.soll@ffslaw.com, terry.kent@ffslaw.com), Michael Tenenbaum (mt@post.harvard.edu), Steven E Young (elaine.miyashiro@ffslaw.com, steven.young@ffslaw.com), Judge John A. Kronstadt (crd_kronstadt@cacd.uscourts.gov), Magistrate Judge Margaret A. Nagle (crd_mjretired@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<20734542@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-02077-JAK-MAN Lisa Brown v. PixelRange, Inc. et al Minutes of In Chambers Order/Directive - no proceeding held
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/28/2015 at 3:34 PM PST and filed on 12/28/2015

| | |
|---|---|
| **Case Name:** | Lisa Brown v. PixelRange, Inc. et al |
| **Case Number:** | 2:15-cv-02077-JAK-MAN |
| **Filer:** | |
| **Document Number:** | 75 |

**Docket Text:**
MINUTE ORDER IN CHAMBERS by Judge John A. Kronstadt: re: RE NOTICE OF FILING CHAPTER 7 BANKRUPTCY PETITION BY DEFENDANT PIXELRANGE, INC. AND STAYING CASE AS TO DEFENDANT PIXELRANGE, INC. ONLY. The Court, having been notified that Defendant PixelRange, Inc. has filed a voluntary bankruptcy petition pursuant to Chapter 7 of the United States Bankruptcy Code, in the Bankruptcy Court of the Eastern District of Tennessee (Case No. 3:15-bk-33545-SHB), orders that this action is stayed as to this defendant only. Defendant shall file a status report every 90 days. the Motion forLeave to Withdraw as Counsel for Defendant PixelRange, Inc. (Dkt. 56) is also stayed until the completion of the bankruptcy proceedings or upon the lifting of the stay. The action will proceed as to self-represented defendant, Kenneth Hopkins. (mat)

**2:15-cv-02077-JAK-MAN Notice has been electronically mailed to:**
Steven E Young    steven.young@ffslaw.com, elaine.miyashiro@ffslaw.com




2 / 4 - 10066755

Michael Tenenbaum    mt@post.harvard.edu
Terry J Kent    terry.kent@ffslaw.com, rhonda.soll@ffslaw.com

**2:15-cv-02077-JAK-MAN Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville TN 37932
US

3 / 4 - 10066755

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-02077 JAK (MANx) | Date | December 28, 2015 |
| Title | Lisa Brown v. PixelRange, Inc., et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:    **(IN CHAMBERS) ORDER RE NOTICE OF FILING CHAPTER 7 BANKRUPTCY PETITION BY DEFENDANT PIXELRANGE, INC. AND STAYING CASE AS TO DEFENDANT PIXELRANGE, INC. ONLY**

The Court, having been notified that Defendant PixelRange, Inc. has filed a voluntary bankruptcy petition pursuant to Chapter 7 of the United States Bankruptcy Code, in the Bankruptcy Court of the Eastern District of Tennessee (Case No. 3:15-bk-33545-SHB), orders that this action is stayed as to this defendant only. Defendant shall file a status report every 90 days, with the first report due on or before March 4, 2016, with respect to the progress of the bankruptcy matter. In light of the stay, the Motion for Leave to Withdraw as Counsel for Defendant PixelRange, Inc. (Dkt. 56) is also stayed until the completion of the bankruptcy proceedings or upon the lifting of the stay.

The action will proceed as to self-represented defendant, Kenneth Hopkins.

**IT IS SO ORDERED.**

Initials of Preparer    ak