Case: 2:15cv2077 Doc: 74



Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

