Case: 2:15cv2077 Doc: 82

Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932



FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

JAK

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LOS ANGELES CA 900
25 FEB 16
PM 4 L

U.S. POSTAGE
ZIP 90012 $00
02 1W
0001388101 JAN

Return to S
No longer a Resi

NIXIE    372   4E 1        7202/17

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012311799   *1562-03904-29



MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
Message-Id:<20899563@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-02077-JAK-MAN Lisa Brown v. PixelRange, Inc. et al Text Only Scheduling Notice Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 1/29/2016 at 9:51 AM PST and filed on 1/29/2016

| | |
|---|---|
| Case Name: | Lisa Brown v. PixelRange, Inc. et al |
| Case Number: | 2:15-cv-02077-JAK-MAN |
| Filer: | |
| Document Number: | 82(No document attached) |

Docket Text:
(IN CHAMBERS) ORDER RE SETTLEMENT RE DEFENDANT KENNETH HOPKINS (DKT. [81]) by Judge John A Kronstadt: The Court has reviewed Plaintiff's Updated Report Regarding Agreed-Upon Settlement Method with Defendant Kenneth Hopkins. In light of the report, a decision as to whether any settlement process will be adopted as to Plaintiff and Defendant Hopkins is deferred until his location is determined and he is participating in the litigation. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY

2:15-cv-02077-JAK-MAN Notice has been electronically mailed to:
Michael Tenenbaum    mt@post.harvard.edu
Steven E Young    steven.young@ffslaw.com, elaine.miyashiro@ffslaw.com
Terry J Kent    terry.kent@ffslaw.com, easter.santamaria@ffslaw.com
2:15-cv-02077-JAK-MAN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :
Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

