Case: 2:15cv2077   Doc: 90

FILED
CLERK, U.S. DISTRICT COURT

JUN 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Kenneth  Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

No Known Cunnent
Address.

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<21537154@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-02077-JAK-MAN Lisa Brown v. PixelRange, Inc. et al Clerks Entry of Default (CV-37) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/24/2016 at 7:15 AM PDT and filed on 5/24/2016

| | |
|---|---|
| **Case Name:** | Lisa Brown v. PixelRange, Inc. et al |
| **Case Number:** | 2:15-cv-02077-JAK-MAN |
| **Filer:** | PixelRange, Inc. |
| **Document Number:** | 90 |

**Docket Text:**
**DEFAULT BY CLERK F.R.Civ.P.55(a) as to PixelRange, Inc., a Tennessee corporation (bp)**

**2:15-cv-02077-JAK-MAN Notice has been electronically mailed to:**
Michael Tenenbaum     mt@post.harvard.edu
**2:15-cv-02077-JAK-MAN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville TN 37932
US
PixelRange Inc
313 N Spring Street
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Brown | CASE NUMBER |
| | 2:15-cv-2077-JAK(MANx) |
| PLAINTIFF(S) | |
| v. | |
| PixelRange, Inc. | **DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

PixelRange, Inc., a Tennessee corporation

_____

Clerk, U. S. District Court

May 24, 2016
_____
Date

By Brent_Pacillas@cacd.uscourts.gov
_____
Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT

JUN 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE        379322062-1N        06/13/16

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

CLERK, U.S. RECEIVED DISTRICT COURT
JUN 20 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT   Document 94   Filed 06/21/16   Page 4 of 4   Page ID #:826
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012