1  Michael Tenenbaum, Esq. (No. 186850)
   *mt@post.harvard.edu*
2  THE OFFICE OF MICHAEL TENENBAUM, ESQ.
3  1431 Ocean Ave., Ste. 400
   Santa Monica, CA  90401
4  Tel    (310) 919-3194
5  Fax    (310) 919-3727

6  *Counsel for Plaintiff Lisa Brown*

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11

12  LISA BROWN, an individual;              Case No. 2:15-cv-02077-JAK-MAN

13                  Plaintiff,

14                                          NOTICE OF ERRATA RE
              – against –                   PLAINTIFF'S MOTION FOR
15                                          PREVAILING PARTY ATTORNEY'S
    PIXELRANGE, INC., a Tennessee           FEES AGAINST DEFENDANT
16  corporation; KENNETH HOPKINS, an        PIXELRANGE, INC.
17  individual; and DOES 1 through 5;

18                  Defendants.

19  _____

20
    PIXELRANGE, INC., a Tennessee           Hon. John A. Kronstadt
21  corporation;

22
                 Counter-Plaintiff,
23
              – against –
24
25  LISA BROWN, an individual, and
    ROES 1 through 20;
26
27               Counter-Defendant.

28

- 1 -

1    PLEASE TAKE NOTICE that Docket Entry No. 106 ("Plaintiff's Motion for

2 Prevailing Party Attorney's Fees against Defendant PixelRange, Inc.") was timely filed

3 on October 11, 2016, but inadvertently did not include either a Notice of Motion or the

4 hearing date and time on the caption page.  Plaintiff is submitting a corrected version as

5 an attachment to this notice.

6 Dated:         October 16, 2016          Respectfully submitted,

7                                          /s/ Michael Tenenbaum

8                                          _____

9                                          Michael Tenenbaum, Esq.
                                           THE OFFICE OF MICHAEL TENENBAUM, ESQ.
10                                         *Counsel for Plaintiff Lisa Brown*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA RE PLAINTIFF'S MOTION FOR PREVAILING PARTY ATTORNEY'S FEES AGAINST
PIXELRANGE