Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel  (310) 919-3194
Fax  (310) 919-3727

*Counsel for Plaintiff Lisa Brown*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA BROWN, an individual;<br><br>          Plaintiff,<br><br>– against –<br><br>PIXELRANGE, INC., a Tennessee corporation; KENNETH HOPKINS, an individual; and DOES 1 through 5;<br><br>          Defendants.<br>_____<br>PIXELRANGE, INC., a Tennessee corporation;<br><br>          Counter-Plaintiff,<br><br>– against –<br><br>LISA BROWN, an individual, and ROES 1 through 20;<br><br>          Counter-Defendant. | Case No. 2:15-cv-02077-JAK-MAN<br><br>PROOF OF SERVICE ON DTI, INC., OF PLAINTIFF'S MOTION TO AMEND JUDGMENT AND TO INCLUDE DEFENDANT'S SUCCESSOR CORPORATION AND TO PERMIT DISCOVERY IN AID OF ENFORCEMENT OF JUDGMENT<br><br>Hearing date:     February 6, 2017<br>Hearing time:     8:30 a.m.<br><br>Hon. John A. Kronstadt |

PROOF OF SERVICE

I, Michael Tenenbaum, declare that I am over 18 years of age and not a party to this action.  My business address is 1431 Ocean Ave., Ste. 400, Santa Monica, CA 90401.

On October 31, 2016, I served the following document(s):

> PLAINTIFF'S MOTION TO AMEND JUDGMENT AND TO INCLUDE DEFENDANT'S SUCCESSOR CORPORATION AND TO PERMIT DISCOVERY IN AID OF ENFORCEMENT OF JUDGMENT

[X] **BY U.S. FIRST-CLASS CERTIFIED MAIL WITH RETURN RECEIPT REQUESTED** by enclosing the document(s) in an envelope (or envelopes) and depositing the sealed envelope(s) with the United States Postal Service with the postage fully prepaid for delivery by first-class certified mail with return receipt requested, addressed as follows:

> DTI, Inc.
> c/o David Thomas
> 458 Blackburn Ln.
> Lenoir City, TN  37771-3335

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  November 2, 2016

_____