Case: 2:15cv2077  Doc: 99

**FILED**
CLERK, U.S. DISTRICT COURT

NOV - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

No Known Internal Address Current

Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville, TN 37932

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<22067298@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-02077-JAK-MAN Lisa Brown v. PixelRange, Inc. et al Order on Motion for Default Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/25/2016 at 9:55 AM PDT and filed on 8/25/2016

| | |
|---|---|
| **Case Name:** | Lisa Brown v. PixelRange, Inc. et al |
| **Case Number:** | 2:15-cv-02077-JAK-MAN |
| **Filer:** | |
| **Document Number:** | 99 |

**Docket Text:**
MINUTES (IN CHAMBERS) ORDER by Judge John A. Kronstadt: A Stipulated Judgment was approved by this Court and filed August 23, 2016 [98]. Accordingly, the Plaintiff's Motion for Default Judgment Against PixelRange, Inc. [93] is MOOT. For the reasons stated herein, the Court sets a Status Conference for September 12, 2016 at 1:30 p.m. Counsel shall file a report by August 31, 2016. IT IS SO ORDERED. (cw)

**2:15-cv-02077-JAK-MAN Notice has been electronically mailed to:**
Michael Tenenbaum     mt@post.harvard.edu
**2:15-cv-02077-JAK-MAN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kenneth Hopkins
11324 Spring Hollow Drive
Knoxville TN 37932
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV15-02077 JAK (MANx) | Date | August 24, 2016 |
| Title | Lisa Brown v. PixelRange, Inc., et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:     (IN CHAMBERS) ORDER SETTING STATUS CONFERENCE RE DEFENDANT KENNETH HOPKINS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PIXELRANGE, INC.
(DKT. 93)

Plaintiff and Defendant PixelRange, Inc. entered into a Stipulated Judgment, which was approved by this Court and filed on August 23, 2016. Dkt. 98. Accordingly, Plaintiff's Motion for Default Judgment Against PixelRange, Inc. is **MOOT**. Dkt. 93.

Defendant Kenneth Hopkins is the only Defendant that remains in this action. The Court sets a Status Conference for September 12, 2016 at 1:30 p.m., regarding the status of the case. On or before August 31, 2016, the Court directs the parties to confer and file a joint report regarding the status of the case and what efforts have been made to reach a settlement. If Plaintiff's efforts to reach Hopkins are not successful, then Plaintiff shall file a report by August 31, 2016, regarding: (i) what efforts were made to contact Hopkins; and (ii) whether Plaintiff intends to pursue the claims against Hopkins. The Court will determine how to proceed upon review the report.

**IT IS SO ORDERED.**

                                                                                     :
                                                              Initials of Preparer    ak

Page 1 of 1



NIXIE 402 6E 1 0210/02/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



**OFFICIAL BUSINESS**

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012