UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA BROWN, an individual; | Case No. 2:15-cv-02077-JAK-MAN |
| Plaintiff, | **AMENDED JUDGMENT AGAINST DEFENDANT PIXELRANGE, INC., AND DTI, INC.** |
| – against – | |
| PIXELRANGE, INC., a Tennessee corporation; KENNETH HOPKINS, an individual; and DOES 1 through 5; | |
| Defendants. | Hon. John A. Kronstadt |
| PIXELRANGE, INC., a Tennessee corporation; | |
| Counter-Plaintiff, | |
| – against – | |
| LISA BROWN, an individual, and ROES 1 through 20; | |
| Counter-Defendant. | |

For the reasons stated in the Court's order of February 9, 2017 (Dkt. 118), judgment is hereby entered in favor of Plaintiff Lisa Brown and against both PixelRange, Inc., and DTI, Inc., on the following terms:

1. This Amended Judgment amends the *Stipulated Judgment against Defendant PixelRange, Inc.*, entered by the Court on August 22, 2016 (Dkt. 98), to reflect the addition of DTI, Inc., as an additional judgment debtor and the award of $7,897.95 in attorney's fees in favor of Plaintiff Lisa Brown.

2. Plaintiff Lisa Brown shall now have judgment against PixelRange, Inc., and DTI, Inc., in the amount of **$228,881.98**, which consists of $152,158.25 in damages, statutory recovery, and restitution, plus $23,236.59 in additional contract damages, plus $43,502.41 in pre-judgment interest as of August 22, 2016 (the date of the Court's entry of the Stipulated Judgment against Defendant PixelRange, Inc.), plus a $500.00 civil penalty plus $1,586.78 in costs, plus attorney's fees in the amount of $7,897.95; and

3. PixelRange, Inc., shall take nothing on its dismissed counterclaims, and Plaintiff Lisa Brown shall not be liable for any amount allegedly owing on any invoice or demand from PixelRange, Inc., for allegedly unpaid labor and materials (which were the subject of PixelRange, Inc.'s counterclaims).

**IT IS SO ORDERED.**

Dated: February 17, 2017

_____
Hon. John A. Kronstadt
United States District Judge